**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**UNITED STATES OF AMERICA**

**v.**  2:06CR173

**ANGEL MANUEL HINES,**

      **Defendant.**

## REPORT AND RECOMMENDATION
## CONCERNING GUILTY PLEA

Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered a guilty plea to conspiracy to distribute heroin, cocaine, and cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 846. Defendant is also charged with possession of heroin with intent to distribute, possession of cocaine base with intent to distribute, being a felon in possession of a handgun and ammunition, and possession of a handgun in furtherance of drug trafficking, in violation of 21 U.S.C. §§ 841(a)(1); 18 U.S.C. 922(g)(1); and 18 U.S.C. 924(c)(1)(A). Defendant understands that these charges will be dismissed upon acceptance of his guilty plea and imposition of sentence, and the United States confirmed defendant's understanding.

On February 15, 2007, defendant appeared before the Court for the purpose of entering his guilty plea. He was represented by appointed counsel, Keith L. Kimball, Esquire. Defendant was appropriate in appearance, responsive, and competently prepared for the hearing. He answered all questions put to him in clear and concise language. On those occasions when he had a question, defendant consulted with counsel and then promptly answered. Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his

position. At the close of the proceeding, defendant was remanded to the custody of the United States Marshal, pending preparation of a presentence report.

Defendant is twenty-eight years of age, attended school through the eleventh grade, and speaks English as his native language. There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment. He was cooperative throughout the proceeding.

Defendant entered the guilty plea pursuant to a plea agreement. The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position. Furthermore, he acknowledged that the statement of facts prepared in anticipation of his plea accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offense charged is supported by independent facts, establishing each of the essential elements of such offense. Therefore, the Court recommends that the guilty plea be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

                                         _____/s/_____
                                         **James E. Bradberry**
                                         **United States Magistrate Judge**

**Norfolk, Virginia**
**February 21**        , 2007

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

Keith L. Kimball, Esquire
Federal Public Defender's Office
Town Point Center, Ste. 403
150 Boush Street
Norfolk, VA  23510


Kevin M. Comstock, Esquire
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510


                           Fernando Galindo, Acting Clerk


                           By _____
                                    Deputy Clerk

                        _____, 2007